**SEALED DOCUMENT**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2012 JUL 19 A 10: 27

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 12mj56-01 |
| | ) | |
| DAVID KWIATKOWSKI | ) | |

## MOTION TO SEAL

The United States of America, by John P. Kacavas, United States Attorney for the District of New Hampshire hereby moves that the Complaint in the above-captioned case be sealed at Level II until such time as the defendant is taken into custody. Public disclosure could lead to destruction of evidence and could compromise the ongoing investigation.

Respectfully submitted,

JOHN P. KACAVAS
United States Attorney

Dated: 7/19/12

By: _____
John J. Farley
Assistant United States Attorney
N.H. Bar #16934
U.S. Attorney's Office
53 Pleasant Street
Concord, NH 03301
(603) 225-1552

Motion ☑ Granted  ☐ Denied

_____
Landya B. McCafferty
United States Magistrate Judge

Date: 7-19-12